1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED, | Case No. 1:12-cv-01808-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| COALINGA STATE HOSPITAL, et al., | (Doc. 11) |
| Defendants. | |
| _____/ | |

On June 3, 2013, this civil rights action was dismissed, with prejudice, for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e). On July 22, 2013, Plaintiff Richard S. Kindred, a civil detainee proceeding pro se, filed a notice of appeal and a motion seeking leave to proceed in forma pauperis on appeal.

Plaintiff was proceeding in forma pauperis in this court and therefore, his motion for leave to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated:   **August 12, 2013**                 **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE